**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Hatten, English and Lombardo

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON FUNKE,<br><br>Plaintiff,<br><br>vs.<br><br>MARK HATTEN, individually and in his official capacity as a Las Vegas police officer; MELVYN ENGLISH, individually and in his official capacity as a Las Vegas police officer; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOSEPH LOMBARDO, individually and as a policy maker of the Las Vegas Metropolitan Police Department; and DOES 1 through 10, individually and in their official capacities as police officers and/or policymakers for the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case Number:<br>2:19-cv-1335<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jason Funke ("Plaintiff"), by and through his counsel of record, and Defendants Las Vegas Metropolitan Police Department, Officer Hatten, Officer English and Sheriff Joseph Lombardo ("LVMPD Defendants"), by and through their attorneys of record, hereby stipulate and agree that the time for the LVMPD Defendants to file their response to Plaintiff's Complaint (ECF No. 1) should be extended from August 26, 2019 until September 27, 2019.

The extension is requested because the LVMPD Defendants require additional time to perform a complete investigation prior to filing a responsive pleading.

Page 1 of 2

MAC:14687-220 3820302_1 8/21/2019 10:20 AM

This stipulation is made in good faith and not for the purpose of delay.

Dated this 21st day of August, 2019.       Dated this 21st day of August, 2019.

MARQUIS AURBACH COFFING                    MADIA LAW LLC


By:   s/Craig R. Anderson             By:   s/Joshua A. Newville
    Craig R. Anderson, Esq.                   Joshua A. Newville, Esq.
    Nevada Bar No. 6882                       *Has complied with LR IA 11-2
    10001 Park Run Drive                      323 Washington Ave. N., #200
    Las Vegas, Nevada 89145                   Minneapolis, Minnesota 55401
    Attorney for LVMPD Defendants             Attorney for Plaintiff

                                                   SURRATT LAW PRACTICE


                                                   By:   s/Kimberly M. Surratt
                                                          Kimberly M. Surratt, Esq.
                                                          Nevada Bar No. 8279
                                                          3705 Lakeside Drive
                                                           Reno, Nevada 89509
                                                           Attorney for Plaintiff

## ORDER

IT IS SO ORDERED this 22 day of August, 2019, that the above Stipulation is hereby GRANTED. Defendants shall have until September 27, 2019, to file their response to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

MAC:14687-220 3820302_1 8/21/2019 10:20 AM