**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  *Attorney for Defendants LVMPD, Hatten and English*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON FUNKE,<br><br>                           Plaintiff,<br><br>vs.<br><br>MARK HATTEN, individually and in his official capacity as a Las Vegas police officer; MELVYN ENGLISH, individually and in his official capacity as a Las Vegas police officer; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and DOES 1 through 10, individually and in their official capacities as police officers and/or policymakers for the Las Vegas Metropolitan Police Department,<br><br>                           Defendants. | Case Number:  2:19-cv-1335-RFB-EJY |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department, Officer Mark Hatten and Officer Melvyn English ("LVMPD Defendants"), by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing and Plaintiff Jason Funke ("Plaintiff"), by and through his attorney of record, Joshua A. Newville, Esq., of Madia Newville LLC, that the above-referenced matter is hereby dismissed with prejudice; and

/ / /

MAC:14687-220 4527100_1

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 3rd day of November, 2021.

MARQUIS AURBACH COFFING                MADIA NEWVILLE LLC

By: */s/ Craig R. Anderson*                          By: *s/Joshua A. Newville*
    Craig R. Anderson, Esq.                            Joshua A. Newville, Esq. (pro hac vice)
    Nevada Bar No. 6882                                  1850 IDS Center
    10001 Park Run Drive                                 80 S. 8th Street
    Las Vegas, Nevada 89145                          Minneapolis, Minnesota 55402
    Attorney for Defendants LVMPD,              Attorney for Plaintiff
    Hatten and English

## ORDER

IT IS HEREBY ORDERED that the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

IT IS SO ORDERED this 4th day of November, 2021.



RICHARD F. BOULWARE, II
United States District Court

MAC:14687-220 4527100_1